FILED
LOGGED _____ ENTERED
RECEIVED

NOV 2 0 2025

COURT
OF MARYLAND

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

In Re DMCA Subpoena to
YouTube, LLC

Case No. *25-mc-715*

### DECLARATION OF DAVID E. WESLOW

I, David E. Weslow, counsel of record for Fox News Network, LLC ("Fox News") in the above-reference matter, hereby declare as follows:

1.  I am licensed to practice law in the State of Maryland and the District of Columbia.

2.  I am authorized to act on behalf of Fox News.

3.  I submit this declaration in support of Fox News's request for issuance to YouTube, LLC ("YouTube") of a subpoena pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Section 512(h) Subpoena"), to identify YouTube's customer(s) in relation to the @TheUnseen-us4ph YouTube account.

4.  Pursuant to 17 U.S.C. § 512(c)(3)(A), Fox News submitted a notification to YouTube identifying the infringing content transmitted by the aforementioned user and providing the information required by 17 U.S.C. § 512(c)(3)(A). A true and accurate copy of the submitted notification is attached hereto as Attachment 1.

5.  The purpose for which this Section 512(h) Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Fox News's rights under title 17 of the United States Code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2025.

_____
David Weslow