# Attachment 1

| | |
|---|---|
| **From:** | Kosak, Adrienne |
| **Sent:** | Tuesday, November 18, 2025 2:56 PM |
| **To:** | copyright@youtube.com |
| **Cc:** | Weslow, David |
| **Subject:** | DMCA Takedown Request |

Dear Sir or Madam:

I am counsel for Fox News Network, LLC ("Fox News"). The following video uses Fox News's copyrighted content without authorization: https://www.youtube.com/watch?v=PXI8jvNeHzA

The copyright protected works in question are the Fox News programs *Gutfeld!* and *The Five*. Fox News and its related companies own all rights in the copyright protected content, photographs, text, images, graphics, animations, and source code associated with Fox News programming.

The video in question contains unauthorized copies of content extracted from *Gutfeld!* and *The Five*, and is a blatant infringement of Fox News's copyrights. Moreover, use of Fox News personality Emily Compagno's likeness in this video is likely to cause recipients to believe, falsely, that the video is sponsored by or somehow affiliated with Ms. Compagno or Fox News. This unauthorized use of Ms. Compagno's likeness constitutes *inter alia* violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and violation of Ms. Compagno's rights of publicity. *See, e.g., JTH Tax, Inc. v. Williams*, 310 F. Supp. 3d 648 (E.D. Va. 2018); Va. Code Ann. § 8.01-40 (prohibiting use without written consent of a person's "name, portrait, or picture").

We are formally notifying you of your customer's infringing misconduct and requesting that you disable the video in question pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512.

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law. To the best of my knowledge, and under penalty of perjury, the information contained in this email is accurate and I am authorized to act on behalf of Fox News, owner of the infringed exclusive rights described above.

Adrienne J. Kosak



Adrienne J. Kosak
Attorney at Law
akosak@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o: 202.719.7319 • m: 202.617.9190
Download V-Card | wiley.law | Bio

1