Ying Qin
Paralegal
202.719.4229
yqin@wiley.law



FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 2 0 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY



Wiley Rein LLP
2050 M St NW
Washington, DC 20036
Tel: 202.719.7000

wiley.law

November 19, 2025

**VIA FEDEX**

Clerk of the Court
United States District Court for the District of Maryland, Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:   *In Re DMCA Subpoena to YouTube, LLC*

To the Clerk of the Court:

For the matter listed above, I have enclosed a subfolder containing courtesy copies of:

- Notice of Copyright Infringement and Request Letter;
- Request to the Clerk for Issuance of Subpoena;
- Proposed Subpoena to Produce Information;
- Declaration of Mr. Weslow in support of the issuance of the Subpoena;
- CD containing the documents listed above; and
- A check in the amount of $52.00.

If you have any questions, please do not hesitate to contact me.

Best regards,

Ying Qin
Paralegal

Enclosures