# U.S. District Court

## Maryland - Greenbelt

Receipt Date: Nov 21, 2025 9:56AM

Wiley Rein LLP
2050 M Street
Washington , DC 20036

Rcpt. No: 3353              Trans. Date: Nov 21, 2025 9:56AM              Cashier ID: #IM (6736)

| CD  | Purpose                  | Case/Party/Defendant | Qty | Price | Amt   |
|-----|--------------------------|----------------------|-----|-------|-------|
| 205 | Miscellaneous Filing Fees |                      | 1   | 52.00 | 52.00 |

| CD | Tender |          |            | Amt     |
|----|--------|----------|------------|---------|
| CH | Check  | #404326  | 11/19/2025 | $52.00  |

Total Due Prior to Payment: $52.00
Total Tendered: $52.00
Total Cash Received: $0.00

A $53 fee will be charged for NSF checks. Criminal Debt Payments can be made on-line at
https://www.pay.gov/public/form/start/741690530. Payment must be made by money order, check, or debit card only. For questions call
410-962-2613.