IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re DMCA Subpoena to YouTube, LLC | Case No. 25-mc-715 |

**SUBPOENA TO PRODUCE INFORMATION PURSUANT TO 17 U.S.C. § 512(h)**

To: YouTube, LLC
Attn: Copyright Operations
901 Cherry Ave
San Bruno, CA 94066
copyright@youtube.com

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All identifying information, including the name(s), address(es), telephone number(s), payment method(s), any electronic mail addresses, as well as all accounts associated with the operator(s) of @TheUnseen-us4ph ("Subject YouTube Account"), and logs of Internet Protocol addresses including time stamps used to access the accounts associated with the Subject YouTube Account.

| **Place:** Please produce electronically to dweslow@wiley.law and akosak@wiley.law. | **Date and Time:** 12/19/2025 5:00 p.m. EST |
|---|---|

The following provisions of Fed. R. Civ. P. 45 apply – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

CLERK OF COURT

Date: 11/21/2025

_____
*Signature of Clerk of Deputy Clerk*

The name, address, email address, and telephone number of the attorney representing Fox News Network, LLC, who issues or requests this subpoena, are: David E. Weslow, Wiley Rein LLP, 2050 M Street NW, Washington DC 20036, dweslow@wiley.law, (202)719-7525.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).